IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**WILLIAM E. HARMON**

    **Plaintiff,**

**v.**                                                                                                     Civil Action No. 2:18-CV-00606
                                                                                                     Judge King

**CRYSTAL J. BUTLER, an individual,
and NATIONWIDE MUTUAL INSURANCE
COMPANY,**

    **Defendant.**

## ORDER OF DISMISSAL AND REMAND

Plaintiff William E. Harmon, by counsel, and Defendant Nationwide Mutual Insurance Company, by counsel, notified the Court that all matters pending between Plaintiff William E. Harmon and Defendant Nationwide Mutual Insurance Company have been resolved and that the remaining claims asserted in the Complaint by Plaintiff William E. Harmon against Defendant Crystal J. Butler should be remanded to the Circuit Court of Kanawha County, West Virginia.

It appearing to the Court that all matters between Plaintiff William E. Harmon and Defendant Nationwide Mutual Insurance Company have been resolved, as evidenced by the signatures of their respective counsel below, it is hereby **ORDERED, ADJUDGED AND DECREED**, that all claims asserted in the Complaint against Defendant Nationwide Mutual Insurance Company are dismissed *with prejudice*, and all claims which were or could have been brought against Defendant Nationwide Mutual Insurance Company arising out of the circumstances described in the Complaint are likewise dismissed *with prejudice*.

Further, as grounds for Diversity Jurisdiction no longer exists pursuant to 28 U.S.C. §§ 1441 and 1446, it is further **ORDERED, ADJUDGED AND DECREED** that the remaining claims being asserted by Plaintiff William E. Harmon against Defendant Crystal J. Butler shall be **REMANDED** to the Circuit Court of Kanawha County, West Virginia in Civil Action No.

18-C-49. The Court further **ORDERS** that the case be **STRICKEN** from the docket of this Court. The Court **DIRECTS** the Clerk to send a certified copy of this ORDER OF DISMISSAL AND REMAND to counsel of record, any unrepresented party, and the Circuit Court of Kanawha County, West Virginia in Civil Action No. 18-C-49.

The parties are to bear their own respective costs and fees incurred.

ENTER this ___ day of _____, 2018.

Hon. Joseph R. Goodwin
UNITED STATES DISTRICT JUDGE

Agreed:

s/ Denise D. Pentino
Denise D. Pentino (W. Va. Bar No. 6620)
Christopher J. Prezioso, Esq. (W. Va. Bar No. 9384)
DINSMORE & SHOHL, LLP
2100 Market Street
Wheeling, WV 26003
(304) 230-1700
(304) 230-1610 (facsimile)
denise.pentino@dinsmore.com
christopher.prezioso@dinsmore.com

*Counsel for Defendant, Nationwide Mutual Insurance Company*

s/ Charles M. Johnstone, II
Charles M. Johnstone, II (W. Va. Bar No. 5082)
David A. Dobson (W.Va. Bar No. 12092)
JOHNSTONE & GABHART, LLP
P.O. Box 313
Charleston, WV 22321
(304) 343-7100
(304) 343-7107 (facsimile)
sjohnstone@wvlaw.net
ddobson@wvlaw.net

*Counsel for Plaintiff William Edgar Harmon*

2